# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-320-915

EFFECTIVE DATE OF REGISTRATION
5 20 05
Month Day Year

ATE CONTINUATION SHEET

**1** Title of This Work ▼ JANUARY 2000 FRAMES

NATURE OF THIS WORK ▼ See instructions: SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a EDGAR INC

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law the author of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2 Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2000 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month JANUARY Day 1 Year 2000
UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
EDGAR, INC.
36 FERRY LANE
BARRINGTON RI 02806

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAY 20 2005
ONE DEPOSIT RECEIVED MAY 20 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 7 pages

4

| | | |
|---|---|---|
| EXAMINED BY JMC | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☒ owner of exclusive right(s)
- ☐ authorized agent of ________
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BERREBI Date 5/2/05

**Handwritten signature (X)** ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | EDGAR BEREBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration, as provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-320-915

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application.**
  **Space B is not applicable to Short Forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

5 20 05
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAY 20 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JANUARY 2000 FRAMES

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC
316 FERRY LANE BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

| | |
|---|---|
| 993 | 3990 |
| 547 | 553 |
| 4012 | 551 |
| 1022 | 550 |
| 1007 | 1043 |
| 1012 | 1029 |
| 3907 | 1019 |
| 1027 | 1041 |
| 508 | 419 |
| 541 | 401 |
| 3384 | 1009 |
| 4010 | 3951 |
| 3923 | 844 |
| 552 | 1021 |
| 3950 | 1020 |
| 1641 | |

**Certificate will be mailed in window envelope to this address.**

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

**D**

• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

EDGAR, INC. FRAMES JANUARY 2000



3923



552



3950



1641



3990



553