UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-518T |
| | : | |
| THE BOMBAY COMPANY, INC. | : | |

**ENTRY OF APPEARANCE**

I, R. Daniel Prentiss, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of defendant The Bombay Company, Inc. in the above-referenced matter.

Respectfully submitted,
THE BOMBAY COMPANY, INC.
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 28th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

/s/ R. Daniel Prentiss

#1258