UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-518T |
| | : | |
| THE BOMBAY COMPANY, INC. | : | |

**STIPULATION**

The defendant The Bombay Company, Inc. may have up to, and including, January 25, 2007 to answer or otherwise respond to the complaint.

Plaintiff
EDGAR, INC.

By its attorney,

/s/Michael H. Feldhuhn
Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel: 401-331-6600
Fax: 401-274-2780

Defendant
THE BOMBAY COMPANY, INC.

By its attorney,

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123

Dated: December 28, 2006

#1259