UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-518T |
| | : | |
| THE BOMBAY COMPANY, INC. | : | |

**ENTRY OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of defendant The Bombay Company, Inc. in the above-referenced matter.

Respectfully submitted,

/s/ Seth Yurdin
Seth Yurdin (#7407)
**R. DANIEL PRENTISS, P.C.**
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 11th day of July, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

/s/ Seth Yurdin

#1891