**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDGAR, INC.,**
**Plaintiff,**

**v.** **C.A. No. 2006-518-T**

**THE BOMBAY COMPANY, INC.,**
**Defendant.**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

**Pursuant to F.R.Civ.P. 15(a), plaintiff moves for leave to file an amended complaint in the form annexed to the motion. The proposed amended complaint adds additional factual allegations and one additional count of copyright infringement.**

**The additional factual allegations are set out at paragraphs 9 through 13 of the proposed amendment, and stem from facts that have occurred and/or information that plaintiff has discovered since the filing of the original complaint. For example, the proposed amendment alleges that defendant continued selling its infringing goods well after it was notified of plaintiff's complaint. Plaintiff will argue that those sales provide further support for plaintiff's contention that defendant's infringement has been willful.**

**Similarly, the original complaint contains five counts of copyright infringement, one count for each of plaintiff's works that defendant was alleged to have infringed. Just recently, plaintiff discovered a sixth infringing style being sold by defendant. The proposed amendment contains a new Count VI pertaining to that newly-discovered infringement.**

F.R.Civ.P. 15(a) states that leave to amend "shall be freely given when justice so requires." In this case, allowing the amendment serves the interests of justice while causing no prejudice whatsoever to the defendant. The additional facts alleged in the proposed amendment are facts already known to the defendant. Moreover, discovery remains open in this case for another six months.

WHEREFORE, plaintiff respectfully requests that its motion to amend complaint be granted.

Plaintiff,
By Its Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: July 27, 2007

## CERTIFICATION

I hereby certify that on this 27th day of July, 2007, this document was filed electronically and is available for reviewing and downloading to the following ECF registered counsel of record in this case:

Seth Yurdin, Esquire
R. Daniel Prentiss, Esquire
R. DANIEL PRENTISS, P.C.
One Turks Head Place
Providence, RI 02903

/s/ Michael H. Feldhuhn