**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDGAR, INC.,**
**Plaintiff,**

**v.** **C.A. No. 2006-518-T**

**THE BOMBAY COMPANY, INC.,** **JURY TRIAL CLAIMED**
**Defendant.**

**FIRST AMENDED COMPLAINT**

**PARTIES**

**1. Plaintiff, EDGAR, INC., is a New York corporation with its offices in Providence, Rhode Island.**

**2. Defendant, THE BOMBAY COMPANY, INC. ("BOMBAY COMPANY"), is a Delaware corporation with its headquarters in Fort Worth, Texas. BOMBAY COMPANY has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction. Bombay Company operates retail stores in Rhode Island and throughout the United States and Canada.**

**JURISDICTION**

**3. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that this matter arises under federal law. In particular, this is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* This court also has supplemental jurisdiction over the related state law claims, pursuant to 28 U.S.C. § 1367.**

**FACTS**

**4. Plaintiff, Edgar, Inc., manufactures and sells original gifts items created by Edgar Berebi, a world famous artist whose**

original works of art include jewelry, stemware, picture frames, and collectible boxes. Edgar Berebi's genuine works are sold at high-end boutiques, jewelry stores, and department stores, such as Bloomingdale's.

5. Berebi's original works are registered with the U.S. Copyright Office and are the subject of more than 3,000 federal copyright registrations.

6. Among plaintiff's registered works are the following:

"#7440 Simone"
U.S. Copyright Registration No. VA 1-325-092
Registration Date: 11/17/2005

"January 2003 Frame Collection"
U.S. Copyright Registration No. VA 1-319-111
Registration Date: 5/4/2005

"June 2001 Frames"
U.S. Copyright Registration No. VA 1-315-002
Registration Date: 5/4/2005

"January 2000 Frames"
U.S. Copyright Registration No. VA 1-320-915
Registration Date: 5/20/2005

"January 1, 1999 Collection"
U.S. Copyright Registration No. VA 1-155-858
Registration Date: 2/6/2003

"January 2000 Giftware"
U.S. Copyright Registration No. VA 1-303-756
Registration Date: 5/9/2000

[Copies of the Certificates of Registration from the U.S. Copyright Office for the above works are annexed hereto as Exhibits 1 through 6.]

7. Without plaintiff's permission and in violation of plaintiff's rights, defendant is selling and offering for sale goods that imitate, copy, and infringe upon plaintiff’s original, copyrighted works.

**8. Defendant is conducting its infringing activities through its network of more than 450 retail stores, including its retail stores in Rhode Island; through its interactive web site, www.bombaycompany.com; and through specialty catalogs, including its current catalog, entitled "Bombay 2006 Holiday Gift Guide".**

**9. On November 29, 2006, plaintiff initiated this action against the defendant. Defendant received the summons and complaint the next day.**

**10. Despite actual notice of plaintiff's claims, defendant continued selling the infringing goods. In fact, defendant continued its sales of the infringing goods even after assuring plaintiff that all sales had ceased.**

**11. More than seven months after the case began, plaintiff found defendant selling yet another infringing style, Bombay's Owl Enamel Box. The infringing item was accompanied by a copyright notice by which the defendant falsely claims ownership of the infringing design.**

**12. Upon information and belief, defendant has sold in excess of 80,000 units of the infringing goods; derived profits in excess of $800,000; and caused plaintiff to lose profits of approximately $7 Million.**

**13. Defendant's conduct, including its continued sales after having been notified of plaintiff's claims, its continued sales after assuring plaintiff that all sales had stopped, and its false claims of ownership to designs owned by plaintiff, was willful, malicious, intentional, and deliberate.**

**COUNT I**
**(Copyright Infringement -- "#7440 Simone" --**
**U.S. Copyright Registration No. VA 1-325-092)**

14. Paragraphs 1 through 13 are incorporated herein.

15. Defendant has infringed upon and is continuing to infringe upon "#7440 Simone", U.S. Copyright Registration No. VA 1-325-092.

16. Set forth below are pictures of plaintiff's original work and defendant's copy:

Berebi Frame 7440 Simone



Bombay "Red Glamour Frame" 6300351




17. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

18. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

19. Defendant's acts of infringement have been and continue to be willful.

WHEREFORE, plaintiff prays for judgment in its favor and against defendant:

- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other works derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an award of actual damages plus the defendant's profits, pursuant to 17 U.S.C. §504(b);**
- **for an award of statutory damages pursuant to 17 U.S.C. § 504(c);**
- **in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);**
- **for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;**
- **for such other relief as the court deems just.**

**<u>COUNT II</u>**
**(Copyright Infringement -- "January 2003 Frame Collection" --**
**U.S. Copyright Registration No. VA 1-319-111)**

**20. Paragraphs 1 through 19 are incorporated herein.**

21. Defendant has infringed upon and is continuing to infringe upon plaintiff's frame 7455, part of the "January 2003 Frame Collection", U.S. Copyright Registration No. VA 1-319-111.

22. Set forth below are pictures of plaintiff's original work and defendant's copy:

| Berebi Frame 7445 | Bombay Ruby Enamel & Crystal Frame Item No. 6300429 |
| --- | --- |
|  |  |

23. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

24. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

25. Defendant's acts of infringement have been and continue to be willful.

**WHEREFORE, plaintiff prays for judgment in its favor and against defendant:**

- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other works derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an award of actual damages, plus the defendant's profits, pursuant to 17 U.S.C. §504(b);**
- **for an award of statutory damages pursuant to 17 U.S.C. § 504(c);**
- **in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);**
- **for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;**
- **for such other relief as the court deems just.**

**COUNT III**
**(Copyright Infringement -- "June 2001 Frames" --**
**U.S. Copyright Registration No. VA 1-315-002)**

26. Paragraphs 1 through 25 are incorporated herein.

27. Defendant has infringed upon and is continuing to infringe upon plaintiff's frame 7140, part of plaintiff's "June 2001 Frames" collection, U.S. Copyright Registration No. VA 1-315-002.

28. Set forth below are pictures of plaintiff's original work and defendant's copy:

Berebi Frame 7140



Bombay Crystal Trimmed Frames
Item No. 6300377



29. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

30. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

**31. Defendant's acts of infringement have been and continue to be willful.**

**WHEREFORE, plaintiff prays for judgment in its favor and against defendant:**

- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an award of actual damages, plus the defendant's profits, pursuant to 17 U.S.C. §504(b);**
- **for an award of statutory damages pursuant to 17 U.S.C. § 504(c);**
- **in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);**
- **for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;**
- **for such other relief as the court deems just.**

**COUNT IV**
**(Copyright Infringement -- "January 2000 Frames" --**
**U.S. Copyright Registration No. VA 1-320-915)**

32. Paragraphs 1 through 31 are incorporated herein.

33. Defendant has infringed upon and is continuing to infringe upon plaintiff's frame 552, part of plaintiff's "January 2000 Frames" collection, U.S. Copyright Registration No. VA 1-320-915.

34. Set forth below are pictures of plaintiff's original work and defendant's copy:

**Berebi Frame 552**



**Bombay Oval Diamond/Pearl Frame**
**Item No. 2100186**



35. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

36. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

**37. Defendant's acts of infringement have been and continue to be willful.**

**WHEREFORE, plaintiff prays for judgment in its favor and against defendant:**

- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an award of actual damages, plus the defendant's profits, pursuant to 17 U.S.C. §504(b);**
- **for an award of statutory damages pursuant to 17 U.S.C. § 504(c);**
- **in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);**
- **for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;**
- **for such other relief as the court deems just.**

**COUNT V**
**(Copyright Infringement -- Berebi Box 1140 -- "January 1, 1999 Collection" -- U.S. Copyright Registration No. VA 1-155-858)**

38. Paragraphs 1 through 37 are incorporated herein.

39. Defendant has infringed upon and is continuing to infringe upon plaintiff's box 1140, part of plaintiff's "January 1, 1999 Collection", U.S. Copyright Registration No. VA 1-155-858.

40. Set forth below are pictures of plaintiff's original work and defendant's copy:

Berebi Box 1140



Bombay Ruby Heart Box
Item No. 6203209



41. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

42. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

43. Defendant's acts of infringement have been and continue to be willful.

WHEREFORE, plaintiff prays for judgment in its favor and against defendant:

- for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;

- for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other work derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;
- for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;
- for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;
- for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;
- for an award of actual damages, plus the defendant's profits, pursuant to 17 U.S.C. §504(b);
- for an award of statutory damages pursuant to 17 U.S.C. § 504(c);
- in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);
- for an award of costs and attorneys’ fees, pursuant to 17 U.S.C. § 505;
- for such other relief as the court deems just.

**COUNT VI**

**(Copyright Infringement -- Berebi Owl Box 1002 -- "January 2000 Giftware" -- U.S. Copyright Registration No. VA 1-303-756)**

44. Paragraphs 1 through 43 are incorporated herein.

45. Defendant has infringed upon and is continuing to infringe upon plaintiff's Owl Box 1002, part of plaintiff's "January 2000 Giftware Collection", U.S. Copyright Registration No. VA 1-303-756.

46. Set forth below are pictures of plaintiff's original work and defendant's copy:

Berebi Owl Box 1002



Bombay Owl Enamel Box
Item No. 2501390



47. Moreover, the infringing item is accompanied by a copyright notice by which the defendant falsely claims ownership of the infringing design.

48. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered money damages.

49. As a direct and proximate result of defendant's acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

50. Defendant's acts of infringement have been and continue to be willful.

**WHEREFORE, plaintiff prays for judgment in its favor and against defendant:**

- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted work;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an order impounding the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an accounting for all profits earned by defendant on the sale of the infringing work and any other work derived from or substantially similar to the infringing work;**
- **for an award of actual damages, plus the defendant's profits, pursuant to 17 U.S.C. §504(b);**
- **for an award of statutory damages pursuant to 17 U.S.C. § 504(c);**
- **in view of the willful and deliberate nature of the copyright infringement, for an award of enhanced statutory damages against the defendant in the amount of $150,000 for each work infringed by the defendant, pursuant to 17 U.S.C. §504(c)(2);**
- **for an award of costs and attorneys' fees, pursuant to 17 U.S.C. § 505;**
- **for such other relief as the court deems just.**

**COUNT VII**
**(False Designation of Origin --**
**Violation of Section 43 of the Lanham Act)**

**51. Paragraphs 1 thorough 50 are incorporated herein.**

**52. Defendants' infringement of plaintiff's original works constitutes a false designation of origin and a false description of goods effecting interstate commerce in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.**

**WHEREFORE, plaintiff pray for judgment in its favor and against the defendant:**

- **for all remedies available under Section 43 of the Lanham Act, 15 U.S.C. § 1125;**
- **for a preliminary and a permanent injunction prohibiting defendant from infringing plaintiff's copyrighted works;**
- **for a preliminary and a permanent injunction prohibiting defendant from making, offering for sale, or selling the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for a preliminary and a permanent injunction ordering defendant to recall and remove from places of sale the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for an order impounding the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for a preliminary and a permanent injunction ordering defendant to deliver upon oath the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for a preliminary and a permanent injunction ordering defendant to remove from its catalogs, website, and stores all depictions of the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for an accounting for all profits earned by defendant on the sale of the infringing works and any other works derived from or substantially similar to the infringing works;**
- **for an award of all damages sustained by plaintiff;**

for an award of treble damages;

for an award of costs and attorneys' fees;

for such other and further relief as the court deems just.

**COUNT VIII**
**(Misappropriation)**

53. Paragraphs 1 through 52 are incorporated herein.

54. Plaintiff has invested substantial time, effort, and money in the works described herein.

55. Defendant has appropriated the fruits of plaintiff's investment at no cost.

56. As a direct and proximate result of defendant's misappropriation, plaintiff has been injured.

WHEREFORE, plaintiff prays for judgment in its favor and against the defendant:

- for an award of actual damages;
- for an award of punitive damages;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT IX**
**(Dilution)**

57. Paragraphs 1 through 56 are incorporated herein.

58. Defendant's infringement upon plaintiff's original works, as described herein, causes a likelihood of injury to plaintiff's business reputation and a likelihood of dilution of the distinctive

quality of plaintiff's works, in violation of plaintiff's state common law rights and in violation of R.I.G.L. § 6-2-12.

**WHEREFORE**, plaintiff prays for judgment in its favor and against the defendant:

- for an award of actual damages;
- for an award of defendants' profits;
- for all remedies available under R.I.G.L. § 6-2-12;
- for an award of punitive damages;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

Plaintiff,
By Its Attorney,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: August 24, 2007

Plaintiff claims a trial by jury on all issues so triable.

/s/ Michael H. Feldhuhn

**CERTIFICATION**

**I hereby certify that on this 24th day of August, 2007, this document was filed electronically and is available for reviewing and downloading to the following ECF registered counsel of record in this case:**

**R. Daniel Prentiss, Esquire**
**Seth Yurdin, Esquire**
**R. DANIEL PRENTISS, P.C.**
**One Turks Head Place**
**Providence, RI 02903**

**/s/ Michael H. Feldhuhn**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-325-092

EFFECTIVE DATE OF REGISTRATION
NOV 17 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼** #7440 SIMONE

**NATURE OF THIS WORK ▼** See instructions: SCULPTURAL EXPRESSSION

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼** EDGAR, INC

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☒ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of / Domiciled in UNITED STATES

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **Name of Author ▼**

**Dates of Birth and Death** Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?** ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country: OR { Citizen of / Domiciled in

**Was This Author's Contribution to the Work** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 2003 Year. This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month JANUARY Day 1 Year 2003 Nation UNITED STATES OF AMERICA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDGAR, INC
93 HATHAWAY
PROVIDENCE, RI 02907

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 17 2005
ONE DEPOSIT RECEIVED NOV 17 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

1

EXAMINED BY JB

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

EDGAR BERREBBI
EDGAR INC
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email EBFRAMES@AOL.COM

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BERREBBI Date 11/15/05

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ EDGAR INC.

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

[illegible]

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.


7440

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
**For a Work of the Visual Arts**

VA 1-319-111

VAU

EFFECTIVE DATE OF REGISTRATION

MAY 4 2005
Month Day Year

...TE CONTINUATION SHEET.

**1** Title of This Work ▼ JANUARY 2003 FRAME COLLECTION

NATURE OF THIS WORK ▼ See instructions: SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼ EDGAR INC

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR { Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2003 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month JANUARY Day 1 Year 2003 UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDGAR, INC.
36 FERRY LANE
BARRINGTON RI 02806

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAY 04 2005
ONE DEPOSIT RECEIVED MAY 04 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

2

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number 401 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☒ owner of exclusive right(s)
- ☐ authorized agent of ______

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BERREBBI Date 4/28/05

Handwritten signature (X) ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | EDGAR BEREBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA /CON
VA 1-319-111

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ✓ | |

EFFECTIVE DATE OF REGISTRATION

May (Month) 4 (Day) 2005 (Year)

CONTINUATION SHEET RECEIVED
MAY 04 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JANUARY 2003 FRAME COLLECTION

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC.
36 FERRY LANE BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C**
**Continuation of other Spaces**

| | |
|---|---|
| 7459 | 7410 |
| 7439 | 7441 |
| 7470 | 7479 |
| 7449 | 7351 |
| 7475 | 7437 |
| 7460 | 7452 |
| 7438 | 7421 |
| 7466 | 7453 |
| 7426 | 7447 |
| 7471 | 7422 |
| 7469 | 7455 |
| 7457 | |
| 7436 | |
| 7467 | |
| 7451 | |
| 7468 | |
| 7463 | |

**Certificate will be mailed in window envelope to this address:**

Name ▼
EDGAR BEREBI

Number/Street/Apt ▼
36 FERRY LANE

City/State/ZIP ▼
BARRINGTON, RI 02806

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office, 101 Independence Avenue, S.E., Washington, D.C. 20559-6000

**D**

EDGAR, INC. FRAMES
JANUARY 2003









# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-315-002

EFFECTIVE DATE OF REGISTRATION
MAY 4 2005 (Month Day Year)

CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ JUNE 2001 FRAMES

NATURE OF THIS WORK ▼ See instructions: SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a EDGAR INC

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of ______ / Domiciled in ______

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed: 2001 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month JUNE Day 1 Year 2001 UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDGAR, INC.
36 FERRY LANE
BARRINGTON RI 02806

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAY 04 2005
ONE DEPOSIT RECEIVED MAY 04 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

3

EXAMINED BY SDD

CHECKED BY

☐ CORRESPONDENCE Yes

**FORM VA**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BERREBBI Date 4/28/05

**Handwritten signature (X)** ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

[illegible]

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-315-002

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

MAY 4 2005
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 5 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JUNE 2001 FRAMES

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC.
36 FERRY LANE BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR {Citizen of ▶ ___ / Domiciled in ▶ ___}

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR {Citizen of ▶ ___ / Domiciled in ▶ ___}

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR {Citizen of ▶ ___ / Domiciled in ▶ ___}

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C**
Continuation of other Spaces

| | |
|---|---|
| 1140 | 1183 |
| 1132 | 4034 |
| 1199 | 1077 |
| 1198 | 1134 |
| 1190 | |
| 1206 | |
| 1135 | |
| 1186 | |
| 1200 | |
| 1131 | |
| 1118 | |
| 1185 | |
| 1189 | |
| 1184 | |
| 1142 | |
| 1187 | |

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | EDGAR BEREBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

- Complete all necessary spaces
- Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EDGAR, INC. FRAMES

JUNE 2001



7140



7132

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-320-915

EFFECTIVE DATE OF REGISTRATION

5 (Month) 20 (Day) 05 (Year)

ATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼ JANUARY 2000 FRAMES

NATURE OF THIS WORK ▼ See instructions: SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼

a EDGAR INC

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR { Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions

☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country: OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed: 2000 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month JANUARY Day 1 Year 2000 UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

EDGAR, INC.
36 FERRY LANE
BARRINGTON RI 02806

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAY 20 2005
ONE DEPOSIT RECEIVED MAY 20 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

4

EXAMINED BY [handwritten initials]

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☒ owner of exclusive right(s)
- ☐ authorized agent of ________

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BERREBBI Date 5/2/05

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

FORM VA/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-320-915

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

5 (Month) 20 (Day) 05 (Year)

CONTINUATION SHEET RECEIVED
MAY 20 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JANUARY 2000 FRAMES

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC
36 FERRY LANE BARRINGTON, RI 02806

**B — Continuation of Space 2**

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ❑ Yes ❑ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ❑ Yes ❑ No; Pseudonymous? ❑ Yes ❑ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

| | |
|---|---|
| 993 | 3990 |
| 547 | 553 |
| 4012 | 551 |
| 1022 | 550 |
| 1007 | 1043 |
| 1012 | 1029 |
| 3907 | 1019 |
| 1027 | 1041 |
| 508 | 419 |
| 541 | 401 |
| 3384 | 1009 |
| 4010 | 3951 |
| 3923 | 844 |
| 552 | 1021 |
| 3950 | 1020 |
| 1641 | |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

EDGAR, INC. FRAMES January 2000



3923



552



3950



1641



3990



5553

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG
VA 1-155-858

EFFECTIVE DATE OF REGISTRATION

FEB. 06. 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
January 1, 1999 Collection

**NATURE OF THIS WORK ▼** See instructions
Sculptural Expression

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
Edgar, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ / Domiciled in United States

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ / Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
1999 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January Day 1 Year 1999
United States of America Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Edgar, Inc.
48 W. 25th Street
New York, NY 10010

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
FEB 06 2003
ONE DEPOSIT RECEIVED
FEB 06 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

5

EXAMINED BY FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b **b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michele J. Young, Salter & Michaelson
321 South Main Street
Providence, RI 02903-7128

Area code and daytime telephone number (401) 421-3141 Fax number (401) 861-1953

Email myoung@saltermichaelson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of copyright claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michele J. Young Date February 4, 2003

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Salter & Michaelson MJY/gk/ml

Number/Street/Apt ▼
321 South Main Street

City/State/ZIP ▼
Providence, RI 02903-7128

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



1554/1



1140



379



1136



3568



3806/5



1050

Claimant : Edgar, Inc.
Title : January 1, 1999 Collection
Shown actual size
Page 5 of 5

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-303-756

EFFECTIVE DATE OF REGISTRATION

MAY 9 2005
Month Day Year

...TE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ | NATURE OF THIS WORK ▼ See instructions

JANUARY 2000 GIFTWARE | SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a EDGAR INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ / Domiciled in UNITED STATES

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ / Domiciled in ___

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed: 2000 Year. This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work. Complete this information ONLY if this work has been published. Month JANUARY Day 1 Year 2000 UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDGAR, INC.
36 FERRY LANE
BARRINGTON RI 02806

See instructions before completing this space.

APPLICATION RECEIVED
MAY - 9 2005
ONE DEPOSIT RECEIVED
MAY - 9 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

6

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

**FORM VA**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a — See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of ____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BEREEBBI Date 5/2/05

**Handwritten signature (X)** ▼

X [signature]

**9**

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | EDGAR BEREBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 ● Printed on recycled paper Government Printing Office: 2000-461-113/20,021

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-303-756

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A** of this sheet is intended to identify the basic application. **Space B** is a continuation of Space 2 on the basic application. **Space B** is not applicable to Short Forms. **Space C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

MAY 9 2005
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAY – 9 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JANUARY 2000 GIFTWARE

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC.
36 FERRY LANE BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

| | | |
|---|---|---|
| 3795 | 3805 | 3872 |
| 4038 | 3804 | 3634 |
| 4037 | 3892 | 3635 |
| 1136 | 390 | 387 |
| 1140 | 403 | 424 |
| 4025 | 3806 | 423 |
| 1050 | 809 | |
| 412 | 1554 | |
| 3870 | 537 | |
| 3970 | 3949 | |
| 999 | 523 | |
| 1002 | 240 | |
| 3794 | 985 | |
| 3791 | 3566 | |
| 3568 | 3627 | |
| 379 | 3881 | |
| 840 | 3888 | |

Certificate will be mailed in window envelope to this address:

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

[illegible]

Edgar, Inc Giftware
January 2000


3795


4038


4037


1136


1140


4025


1050


412


3870


3970


999


1002


3794


3791


3568


379