UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR, INC. | : | |
| | : | |
| v. | : | C.A. No. 06-518T |
| | : | |
| THE BOMBAY COMPANY, INC. | : | |

**STIPULATION**

The defendant The Bombay Company, Inc. may have up to, and including, September 17, 2007 to answer or otherwise respond to plaintiff's first amended complaint.

Plaintiff
EDGAR, INC.

By its attorney,

/s/Michael H. Feldhuhn
Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel: 401-331-6600
Fax: 401-274-2780

Defendant
THE BOMBAY COMPANY, INC.

By its attorney,

**R. DANIEL PRENTISS, P.C.**

/s/Seth Yurdin
Seth Yurdin (#7407)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5123

Dated: September 10, 2007

2013