**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EDGAR, INC.,**
**Plaintiff,**

**v. C.A. No. 2006-518-T**

**THE BOMBAY COMPANY, INC.,**
**Defendants.**

**STIPULATION OF DISMISSAL**

**The above-entitled action is dismissed, with prejudice, no interest, no costs.**

**Plaintiff,**
**By Its Attorney,**

**/s/ Michael H. Feldhuhn**

**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, RI 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**Defendant,**
**By Its Attorney,**

**/s/ R. Daniel Prentiss**

**R. Daniel Prentiss (#0783)**
**R. DANIEL PRENTISS, P.C.**
**One Turks Head Place, Suite 380**
**Providence, RI 02903**
**Tel. (401) 824-5150**
**FAX (401) 824-5123**

**ENTER:**

**____________________________________**
**The Honorable Ernest C. Torres**
**United States Senior District Judge**

**Date: __________**